No. 76–5523. JOHNSON *v.* OREGON. Appeal from Ct. App. Ore. dismissed for want of jurisdiction. Treating the papers

---

whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.